# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 4/92015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 9:33:37 AM
CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

TO:       1ST COURT OF APPEALS

From:     **Deputy Clerk: MICHELLE LOPEZ**
          **Chris Daniel, District Clerk**
          **Harris County, T E X A S**

**CAUSE:** 2013-59946

**VOLUME** _____ **PAGE** _____ **OR** **IMAGE #** 64703423

**DUE** 4/17/2015 **ATTORNEY** 24025840

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:** 3/18/2015

**MOTION FOR NEW TRIAL DATE FILED** n/a

**REQUEST TRANSCRIPT DATE FILED** n/a

**NOTICE OF APPEAL DATE FILED** 4/7/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 10

**FILE ORDERED:  YES** ☐ **NO** ☒ **IMAGED FILED:  YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** D, OA

CHRIS DANIEL
Harris County, District Clerk

By:  /s/MICHELLE LOPEZ
          **MICHELLE LOPEZ, Deputy**

BC      NOTICE OF APPEAL FILED
BG      NOTICE OF APPEAL FILED – GOVERNMENT
C       JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA      NO CLERK'S RECORD REQUEST FILED
O       CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA      AMENDED NOTICE OF APPEAL

4/7/2015 4:15:38 PM
Chris Daniel - District Clerk Harris County
Envelope No. 4795974
By: Phyllis Washington
Filed: 4/7/2015 4:15:38 PM

CAUSE NO.: 2013-59946

| | | |
|---|---|---|
| PSC INDUSTRIAL OUTSOURCING, LP, | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| REVENEW INTERNATIONAL, LLC | § | |
| | § | |
| *Defendant.* | § | 281ST JUDICIAL DISTRICT |

## DEFENDANT'S NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF THE 281ST JUDICIAL DISTRICT COURT:**

COMES NOW, Defendant, Revenew International LLC ("Revenew"), and respectfully files this Notice of Appeal with the trial court clerk pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure and respectfully submits the following:

1.     This Notice of Appeal concerns the trial court's Order entered March 18, 2015 denying Revenew's Second Motion For Summary Judgment with respect to Plaintiff's claims for business disparagement and tortious interference with contract.

2.     The trial court which entered the Order from which Revenew is appealing is the 281st Judicial District Court of Harris County, Texas, the Honorable Judge Sylvia A. Matthews presiding.  The trial court number and style of the case are: Cause Number 2013-59946; *PSC Industrial Outsourcing, LP v. Revenew International, LLC.*

3.     The date of the Order appealed from is March 18, 2015.

4.     Defendant Revenew desires to appeal the trial court's Order to the extent that it denies Defendant's motion for summary judgment with respect to Plaintiff's claims for business disparagement and tortious interference with contract.

{HD068036.1}

5.     This appeal is to be taken to either the First or Fourteenth Court of Appeals in Houston, Texas.

6.     This is an accelerated appeal pursuant to Rule 28.1 of the Texas Rules of Appellate Procedure and section 51.014(a)(6) of the Texas Civil Practice and Remedies Code from an interlocutory order denying Revenew's motion for summary judgment that is based in whole or in part upon a claim against or a defense by a person whose communication appears in or is published by the electronic or print media arising under the free speech or free press clause of the United States Constitution or Article I, Section 8 of the Texas Constitution or Chapter 73.

7.     The party filing the Notice of Appeal is Revenew International, LLC.

Dated:  April 7th, 2015

Respectfully submitted,

**JONES WALKER LLP**

*/s/ Lauren J. Harrison*

---

**LAUREN J. HARRISON** (TX Bar No. 24025840)
**LARA D. PRINGLE** (TX Bar No. 24056164)
1001 Fannin Street, Suite 2450
Houston, Texas 77002
Telephone:  713/437-1800
Facsimile:  713/437-1810
Email:  lharrison@joneswalker.com
Email:  lpringle@joneswalker.com

***Attorneys for Defendant,***
***Revenew International, LLC***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been forwarded on this the 7th day of April, 2015, to all counsel of record.

Todd W. Mensing
Chris W. Lacy
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, PC
1221 McKinney, Suite 3460
Houston, TX 77010
Facsimile: 713/655-0062
*Attorneys for Plaintiff*

/s/ Lauren J. Harrison
_____
Lauren Harrison

NO. 2013-59946

Pg-1

mpsj2

| | | |
|---|---|---|
| PSC INDUSTRIAL OUTSOURCING, LP | § § § | IN THE DISTRICT COURT OF |
| v. | § § | HARRIS COUNTY, TEXAS |
| REVENUE INTERNATIONAL, LLC | § § § | 281st JUDICIAL DISTRICT |

## ORDER

Before the Court is Defendant's Second Motion for Summary Judgment (filed November 14, 2014). After considering the motion, response, reply, and the summary judgment evidence, the Court finds that the motion should be granted in part and denied in part.

It is therefore ORDERED that

The motion is GRANTED on the unjust enrichment claim; and

The motion is DENIED on the business disparagement claim and DENIED on the tortious interference claim.

Signed this 18th day of March, 2015

Sylvia A. Matthews
Judge Presiding

**FILED**
Chris Daniel
District Clerk

MAR 18 2015

Time:_____
Harris County, Texas

By_____
Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Cause No. 2013-59946

| | | |
|---|---|---|
| PSC INDUSTRIAL OUTSOURCING, LP, | § | IN THE DISTRICT COURT OF M{psjz |
| Plaintiff, | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| REVENEW INTERNATIONAL, LLC | § | |
| Defendant. | § | 281ST JUDICIAL DISTRICT |

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT DISMISSING CERTAIN AFFIRMATIVE DEFENSES

Today the Court considered Plaintiff's Motion for Summary Judgment Dismissing Certain Affirmative Defenses. After reviewing the Motion, any responsive briefing, the arguments of counsel, and the applicable law, the Court **GRANTS** the Motion with respect to the affirmative defenses marked below with an "X" below·

**X**     **LACK OF STANDING**

_____     **ACCORD AND SATISFACTION** '

_____     **VOLUNTARY PAYMENT** ✓

_____     **WAIVER** ✓

_____     **ESTOPPEL** ✗

_____     **RATIFICATION** ✓

**λ**     **CONTRIBUTORY NEGLIGENCE**

_____     **STATUTE OF LIMITATIONS**

_____     **ONE SATISFACTION RULE**

The affirmative defenses marked with an "X" are hereby DISMISSED WTH PREJUDICE.

Signed
~~Entered~~ this 18th day of ~~December 2014.~~ March 2015

_____
Hon. Sylvia Matthews
281st District Court

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM     APR 09, 2015(C1)
INT6510                   CIVIL CASE INTAKE               OPT: _____ - INT
                        GENERAL PARTY INQUIRY             PAGE:   1 -    1

CASE NUM: 201359946__ PJN> __  TRANS NUM: _____ CURRENT COURT: 281 PUB? _
CASE TYPE: TORTIOUS INTERFERENCE          CASE STATUS: READY DOCKET
STYLE: PSC INDUSTRIAL OUTSOURCING LP     VS REVENEW INTERNATIONAL LLC
========================================================================
                      **** ACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME            PTY   ASSOC. ATTY
  NUM    NUMBER                                        STAT
_     00003-0001 AGT        REVENEW INTERNATIONAL LLC (LIM
_     00002-0001 DEF 24025840 REVENEW INTERNATIONAL LLC       HARRISON, LAU
_     00001-0001 PLT 24013156 PSC INDUSTRIAL OUTSOURCING LP   MENSING, TODD




==> (3) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```